Lynberg & Watkins
333 City Blvd. West #640
Orange, Ca 92868

ENTER
SEND
JS-6

APR 30 2002

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KAREN ANN F. KELLY, ) No. CV - 95-8045-TJH (AJWx)
)
Plaintiff, )
) **JUDGMENT**
v. )
) ___ Docketed
COUNTY OF ORANGE, HEALTH CARE ) ___ Copy / Sent
SERVICES ) ___ JS - 5 / JS - 6
) ___ JS - 2 / JS - 3
Defendant. ) ___ CLSD

This action came on regularly for trial on April 2, 2002, in Courtroom 17 of the United States District Court, Central District of California, before the Honorable Terry J. Hatter, Chief District Judge presiding; the plaintiff, Karen Kelly, appearing by attorneys Thomas Nigro and Elizabeth Nigro, Nigro & Nigro and the Defendant, County of Orange, appearing by attorneys Norman J. Watkins and Yolanda A. Slaughter, Lynberg & Watkins, A Professional Corporation.

A jury of seven (7) persons was regularly impaneled and sworn. Witnesses were sworn and testified. At the close of plaintiff's case and after the plaintiff rested on April 10,

1

MAY 1 - 2002

(274)

2002, defendant moved for a Judgment As A Matter of Law pursuant to <u>Federal Rule of Civil Procedure</u> 50(a). After hearing the arguments of counsel, the Court ruled as follows:

The evidence was clear that plaintiff, Karen Kelly, had firmly held religious beliefs;

The evidence was undisputed that plaintiff was a probationary employee with defendant County of Orange and as such the County of Orange was free to release the plaintiff from probation so long as the decision was not for discriminatory purposes; and

Pursuant to <u>Federal Rules of Civil Procedure</u>, Rule 50, plaintiff failed to meet her burden of proving that her religion was a substantial, motivating factor in the County of Orange's decision to release her from new employee probation.

**IT IS ORDERED AND ADJUDGED** that the Clerk of the Court shall: (1) enter judgment in favor of defendant County of Orange and that plaintiff takes nothing; (2) that the action be dismissed on the merits; and (3) that defendant County of Orange recover its costs of action.

**IT IS SO ORDERED.**

4/30/02

HONORABLE TERRY J. HATTER
CHIEF DISTRICT JUDGE OF THE
UNITED STATES DISTRICT COURT *EMERITUS*

Re: <u>Karen Ann F. Kelly v. County of Orange, et al.</u>
**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

    I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business is 2020 East First Street, Suite 101, Santa Ana, California 92705-4015, (714) 973-1220.

    On April 15, 2002, I served the foregoing document described as **Judgment** on the interested parties by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**(SEE ATTACHED SERVICE LIST).**

__X__ **BY MAIL**  I deposited such envelope in the mail at Santa Ana, California.

____ **BY PERSONAL SERVICE**  I delivered such envelope by hand to the office of the addressees.

____ **BY FACSIMILE TRANSMISSION**: The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine. Pursuant to rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this proof of service.

____ **(State)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on April 15, 2002, at Santa Ana, California.

*Melissa Martinez*
Melissa Martinez

## SERVICE LIST

| | |
|---|---|
| **NIGRO & NIGRO**<br>**Attorneys at Law**<br>**Elizabeth Nigro, Esq.**<br>1851 East First Street, Suite 1170<br>Santa Ana, California 92705<br>(714) 972-3990<br>facsimile (714) 972-8902 | Attorney for Plaintiff |
| **BENJAMIN P. DE MAYO, COUNTY COUNSEL, WANDA FLORENCE, DEPUTY COUNTY COUNSEL**<br>**COUNTY COUNSEL'S OFFICE**<br>10 Civic Center Plaza<br>P.O. Box 1379<br>Santa Ana, California  92702<br>(714) 834-5133 | Co-Counsel for Defendants,<br>COUNTY OF ORANGE,<br>erroneously sued in part as<br>COUNTY OF ORANGE, HEALTH CARE SERVICES |

F:\Wp\NJW-TEAM\9890KELL\Judgment.wpd

4